**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-30307 |
| Plaintiff - Appellee, | D.C. No. 1:07-cr-00271-EJL |
| v. | |
| TOMAS GONZALEZ ROLDAN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Idaho
N. Randy Smith, Circuit Judge, Presiding

Submitted March 16, 2010[**]

Before:     SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Tomas Gonzalez Roldan appeals from his jury-trial conviction and

concurrent 120-month sentences for conspiracy and attempted distribution of

methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1)(A), 846; and possession

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

sko/Research

with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1)(A), (b)(1)(A).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Gonzalez Roldan's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief has been filed, however the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** Roldan's pro se motion for appointment of new counsel is **DENIED,** and the district court's judgment is **AFFIRMED.**